■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD COOKS, Appellant.—Appeal from judgment of the Supreme Court, New York County (Jacqueline Silbermann, J.), rendered on April 2, 1986, unanimously dismissed since defendant clearly waived his right to appeal from the sentence. (See, People v Pollenz, 67 NY2d 264 [1986]; People v Harvey, 124 AD2d 943, 944 [3d Dept 1986].) Were we to reach the merits, we would affirm. Concur—Murphy, P. J., Sullivan, Ross, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PINO, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on July 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Rosenberger and Smith, JJ.